636

Wm. R. RAY and W. S. Ray Mfg. Co., Appellants, v. S. T. JOHNSON CO., Appellee.

Circuit Court of Appeals, Third Circuit.
May 16, 1929.

No. 4043.

For opinion in District Court, see 33 F. (2d) 632.

Henry N. Paul and Fraley & Paul, all of Philadelphia, Pa., for appellants.

Joshua R. H. Potts, T. Bertram Humphries and George B. Parkinson, all of Philadelphia, Pa., for appellee.

BUFFINGTON, Circuit Judge. Upon consideration of the agreement of counsel for both sides, in the above-entitled cause, it is now ordered that the said appeal be, and the same is, hereby dismissed.